**Galex Wolf, LLC**
ATTORNEYS AT LAW
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
(732) 257-0550; FAX (732) 257-5654
Attorneys for Plaintiffs

| | |
|---|---|
| MICHAEL BOSWELL, an Incapacitated Person by his Guardian Ad Litem, ETHEL BOSWELL, and ETHEL BOSWELL, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVE EOON, KIRSTEN BYRNES, CHRISTINA EICKMAN, PTL. JAMES FEISTER, NEW BRUNSWICK POLICE DEPARTMENT, CITY OF NEW BRUNSWICK, and JOHN DOES (#1 thru #5),<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY (Trenton)<br><br>Civil Action No: 3:08-cv-05098-GEB-LHG<br><br>Civil Action<br><br>ORDER<br><br>**Document Filed Electronically** |

This matter having been opened to the Court by Richard Galex, Esq. of **Galex Wolf, LLC**, attorneys for Plaintiffs, Michael Boswell, an Incapacitated Person by his Guardian Ad Litem, Ethel Boswell, and Ethel Boswell, Individually, on a Notice of Motion for an Order permitting plaintiffs to file a Second Amended Complaint, and it appearing to the Court that due notice of this Motion has been given to the named defendants, and the Court having considered the matter and good cause appearing;

IT IS on this 22nd day of July, 2009

[Handwritten margin note: "and the representations of all the defense counsel that they do not object to the amendment"]

**ORDERED** that plaintiffs' Notice of Motion for Leave to File a Second Amended Complaint be, and the same hereby is granted; and it is further;

**ORDERED** that a true copy of this Order shall be served upon all parties to this action within seven (7) days of the date hereof.

_____ U.S.M.J.

_____ (Opposed)
\_\_✓_____ (Unopposed)