UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL BOSWELL,              :
                              :   Civil Action No. 08-5098 (GEB)
       Plaintiff              :
                              :
   v.                         :
STEVE EEON, ET AL.            :   CASE MANAGEMENT
                              :   SCHEDULING ORDER
       Defendants.            :

This matter having come before the Court upon written request of Galex Wolf, L.L.C., counsel for plaintiffs, (Lora B. Glick, Esq. appearing); and the Court having considered the position of the parties; and having noted the consent of all counsel,

IT IS on this __2nd__ day of __December__ 2009,

**ORDERED** that the parties will complete all expert discovery by **January 30, 2010**; and it is further

**ORDERED** that dispositive motions may be filed by no later than **February 26, 2010**, and made returnable **March 22, 2010**. Counsel are to notify Chambers within five (5) days of a decision on any dispositive motions.

LOIS H. GOODMAN
United States Magistrate Judge