BENEDICT AND ALTMAN
247 Livingston Avenue
New Brunswick, New Jersey 08901
[732] 745-9000
Attorneys for Defendant Feister

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____

| | | |
|---|---|---|
| | : | |
| | : | CIVIL ACTION |
| MICHAEL BOSWELL | : | |
| | : | |
| Plaintiff | : | DOCKET NO. 3:08-cv-05098 |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| STEVE EOON, KIRSTEN BYRNES, | : | ENTRY OF APPEARANCE |
| CHRISTINA EICKMAN, PTL. JAMES | : | |
| FEISTER, NEW BRUNSWICK POLICE | : | |
| DEPARTMENT, CITY OF NEW | : | |
| BRUNSWICK, AND JOHN DOES (1-5) | : | |
| | : | |
| Defendants | : | |
| | : | |

_____

    PLEASE TAKE NOTICE that Steven D. Altman. of the law firm of Benedict and Altman, attorneys for defendant Ptl. James Feister, will be appearing as personal counsel for defendant James Feister in the above captioned matter.

    BENEDICT AND ALTMAN
    Attorneys for Defendant Feister


              /s/ STEVEN D. ALTMAN
By: _____
              STEVEN D. ALTMAN

DATED:      March 1, 2010

## BENEDICT AND ALTMAN
*Attorneys at Law*
www.benedictandaltman.com

---

Joseph J. Benedict *
jbenedict@benedictandaltman.com

Joshua D. Altman
jaltman@benedictandaltman.com

*Certified Criminal Trial Attorneys
▫Also Admitted in PA
^Also Admitted in D.C.

Steven D. Altman*
saltman@benedictandaltman.com

Philip Nettl▫
pnettl@benedictandaltman.com

Nicholas P. Ruggiero
of Counsel

March 1, 2010

United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey  08608

       Re:    Boswell v. Eoon, et al.
              Civil Action No. 3:08-cv-05098

Dear Sir/Madam:

      Please be advised that the undersigned is personal counsel to the defendant Ptl. James Feister in connection with the above matter.  On behalf of Officer Feister, I am enclosing herein the original and one copy of a Notice of Appearance with the request that you file the document and return the copy to me stamped "FILED" in the enclosed, self-addressed, stamped envelope.

      Thank you for your anticipated cooperation.

      Very truly yours,


      Steven D. Altman


dm
Encl.
cc:    Richard Galex, Esq.
       Craig Corson, Esq.