

**HOAGLAND LONGO MORAN, DUNST & DOUKAS, LLP**

ATTORNEYS at LAW

40 Paterson Street
New Brunswick, NJ 08901
Tel: (732) 545-4717  Fax: (732) 545-4579
www.hoaglandlongo.com

Susan K. O'Connor
Partner
so'connor@hoaglandlongo.com

*Request Granted. Defendants shall file their sur-reply not later than April 19, 2010. So ordered this 14th day of April, 2010.*

*Garrett E. Brown, Jr., U.S.D.J.*

April 13, 2010

The Honorable Garrett E. Brown, Jr.
United States District Court
Federal Building and U.S. Courthouse, Room 4050
Trenton, NJ 08608
BY FAX (609) 989-0463 (HARD COPY TO FOLLOW)

Re: **Boswell, Michael v. City of New Brunswick**
Our File No.: 5534778 - SO
Claim No. (MCMJIF, Claims Office): 15193-01
Claim No. (Meadow Brook Insurance Group): #3AYGL0600541
Docket No.: 3:08-cv-5098(GEB-LHG)

Dear Judge Brown:

Please be advised that this office represents the Defendants, City of New Brunswick, New Brunswick Police Department and Officer Feaster, in connection with the above captioned matter. On February 25, 2010, this office filed a motion for summary judgment (Docket No.28) in accordance with Judge Goodman's Order of December 3, 2009. (Docket No. 24). Plaintiff's counsel filed opposition to said motion (Docket No.35) and this office filed a reply to said opposition (Docket No. 37).

On or about March 30, 2010, Plaintiff's counsel filed a sur-reply (Docket No. 38), which I received upon my return from vacation. On today's date, I spoke with Your Honor's law clerk, P.J. Murphy, who instructed that a formal written request must be faxed to Chambers and approved by Your Honor, prior to any responsive filings. Based upon the content and tone of the sur-reply, it is respectfully requested that this office be permitted to file a very brief response to the same.

Thank you in advance for your consideration and courtesies.

Respectfully submitted,

SUSAN K. O'CONNOR

SO:rk
cc: Richard Galex, Esq. @ Galex Wolf, LLC [BY FAX (732) 257-5654 (HARD COPY TO FOLLOW)]
 Steven Altman, Esq. @ Benedict & Altman [BY FAX (732) 214-1897 (HARD COPY TO FOLLOW)]
 Mario C. Colitti, Esq. @ Law Offices of Baumann & Viscomi - Somerset [BY FAX (732) 563-0716 (HARD COPY TO FOLLOW)]
 Stephen R. Dumser, Esq. @ Swartz Campbell, LLC [BY FAX (HARD COPY TO FOLLOW)]

New Brunswick, NJ • New York, NY • Buffalo, NY • Clinton, NJ